UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  0:23-cv-61032-RS

**NELSON FERNANDEZ**,

    Plaintiff,

vs.

**SOUTH LUNAR, INC.,**
**d/b/a SOUTH MOON UNDER,**
**a foreign for-profit corporation,**

    Defendant.
_____/

### **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff NELSON FERNANDEZ, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses all his claims in this action *with prejudice*, with each party to bear his/its own attorney's fees and costs.

Dated:  August 10, 2023

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email:  rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| By____*s/ Roderick V. Hannah*_____ | By ____*s/ Pelayo M. Duran*_____ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of August, 2023, a true and correct of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below:

Ross E. Linzer, Esq.
Paige S. Comparato, Esq.
KING & SPALDING LLP
Southeast Financial Center
200 South Biscayne Boulevard
Miami, FL  33131
(305) 462-6000
rlinzer@kslw.com
pcomparato@kslaw.com

*Attorneys for Defendant*
*SOUTH LUNAR INC. d/b/a*
*SOUTH MOON UNDER*

                                        */s/ Roderick V. Hannah*
                                          Roderick V. Hannah